McINTIRE & *ux. v.* THE EASTERN RAILROAD.

Amendments may be made that change neither the form nor the cause of action.

CASE, for personal injuries to the wife, occasioned by a collision of the defendants' locomotive and her wagon, at a crossing of the highway and the defendants' road. The fault alleged in the declaration was, in substance, that the defendants did not make a safe and convenient crossing for travellers, and negligently suffered it to remain unsafe. Subject to the defendants' exception, the court allowed the plaintiff to amend by adding an allegation of negligence in the management of its locomotive and cars at the time of the collision.

*Marston* and *Yeaton*, for the plaintiff.

*Hatch* and *Burleigh*, for the defendants.

BINGHAM, J. The plaintiff alleged in the declaration, that the wife was injured by the negligence of the defendants. An amendment, alleging other negligent acts of the defendants at the same time, which contributed to the injury, neither changed the form nor the cause of action.

*Judgment on the verdict.*

DOE, C. J., did not sit.